# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAMES H. TIMBERLAKE,<br>　　　　Petitioner,<br>v.<br>WARDEN CAMPBELL,<br>　　　　Respondent. | No. CV 06-4884-PSG (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 8/13/09

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE